1  ELIZABETH L. MCKEEN (S.B. #216690)
   emckeen@omm.com
2  DANIELLE N. OAKLEY (S.B. #246295)
   doakley@omm.com
3  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
4  Newport Beach, CA  92660-6429
   Telephone:  (949) 760-9600
5  Facsimile:   (949) 823-6994

6  Attorneys for Defendant
   OneWest Bank, FSB
7

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10

11 | GERALDINE DOYLE and KUDA MUJEYI, individually and on behalf of all others similarly situated, | Case No.  CV13-5951-SJO (JEMx)
12 |  | **JOINT STIPULATION REGARDING DEFENDANTS ASSURANT, INC.'S AND AMERICAN SECURITY INSURANCE COMPANY'S MOTION TO SEVER CLAIMS OF PLAINTIFF MUJEYI AND TO TRANSFER THE SAME TO THE DISTRICT OF ARIZONA**
13 | Plaintiffs, |
14 | v. |
15 | ONEWEST BANK, FSB, INDYMAC BANK, FSB, FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, LLC, QBE INSURANCE GROUP, ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY, and DOES 1-100, |
16 |  |
17 |  | **[Proposed] Order submitted concurrently herewith**
18 |  |
19 |  | Judge:    Hon. S. James Otero
20 | Defendants. |

                                                    JOINT STIPULATION RE: MOTION TO
                                                            SEVER/TRANSFER
                                                          CV13-5951-SJO (JEMx)

This stipulation by and between putative class representative Kuda Mujeyi ("Mujeyi"), Defendants Assurant, Inc. and American Security Insurance Company ("Assurant Defendants"), Defendant Balboa Insurance Company ("Balboa"), and Defendant OneWest Bank, FSB ("OneWest") is based on the following facts:

1. On September 10, 2013, Mujeyi and unrelated putative class representative Geraldine Doyle ("Doyle") filed and served their First Amended Class Action Complaint (Dkt. No. 25); and

2. On September 20, 2013, the Assurant Defendants filed a motion (1) to sever the claims of Mujeyi from those of Doyle, and (2) to transfer Mujeyi's claims to the United States District Court for the District of Arizona ("Motion") (Dkt. No. 30); and

3. Any opposition to the Motion was due October 7, 2013; and

4. Mujeyi has consented to the relief sought in the Motion and Mujeyi, OneWest and Balboa do not intend to oppose the Motion.

Therefore, **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Mujeyi, OneWest, Balboa and the Assurant Defendants, through their counsel of record and subject to Court Order, as follows:

1. The claims of Mr. Mujeyi are hereby severed from those of Ms. Doyle and his claims are hereby transferred to the United States District Court for the District of Arizona; and

2. Ms. Doyle is allowed thirty (30) days to prepare and file a second amended complaint before this Court, which shall separate and segregate out her claims from those of Mr. Mujeyi; and

3. Upon Ms. Doyle's second amended complaint being filed, defendants shall have 30 days to respond to such pleading.

A proposed Order is submitted concurrently herewith.

JOINT STIPULATION RE: MOTION TO SEVER/TRANSFER
CV13-5951-SJO (JEMx)

| | | |
|---|---|---|
| 1 | Dated: October 10, 2013 | ELIZABETH L. MCKEEN |
| 2 | | DANIELLE N. OAKLEY |
| | | O'MELVENY & MYERS LLP |

By: /s/ Elizabeth L. McKeen
      Elizabeth L. McKeen

Attorneys for Defendant
OneWest Bank, FSB

Dated: October 10, 2013

MARK A. NEUBAUER
STEPTOE & JOHNSON LLP

FRANKLIN G. BURT
W. GLENN MERTEN
JORDEN BURT LLP


By: /s/ W. Glenn Merten
      W. Glenn Merten

Attorneys for Defendants
Assurant, Inc. and American Security Insurance Company

Dated: October 10, 2013

FREDRICK S. LEVIN
BUCKLEY SANDLER LLP


By: /s/ Fredrick S. Levin
      Fredrick S. Levin

Attorneys for Defendant
Balboa Insurance Company

| | | |
|---|---|---|
| 1 | Dated: October 10, 2013 | CATHERINE E. ANDERSON |
| 2 | | OREN GISKAN |
| 3 | | GISKAN SOLOTAROFF ANDERSON & STEWART, LLP |
| 4 | | MICHAEL C. EYERLY |
| 5 | | DEBLASE BROWN EYERLY LLP |
| 6 | | |
| 7 | | By: /s/ Michael C. Eyerly |
| | | Michael C. Eyerly |
| 8 | | Attorneys for Plaintiffs |
| 9 | | Geraldine Doyle and Kuda Mujeyi, individually and on behalf of all others similarly situated |

- 3 -

JOINT STIPULATION RE: MOTION TO SEVER/TRANSFER
CV13-5951-SJO (JEMx)

## **Attestation**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 11, 2013                O'MELVENY & MYERS LLP


By:   /s/ Elizabeth L. McKeen
          Elizabeth L. McKeen