| | |
|---|---|
| 1 | ELIZABETH L. MCKEEN (S.B. #216690) |
| | emckeen@omm.com |
| 2 | DANIELLE N. OAKLEY (S.B. #246295) |
| | doakley@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 610 Newport Center Drive, 17th Floor |
| 4 | Newport Beach, CA  92660-6429 |
| | Telephone:   (949) 760-9600 |
| 5 | Facsimile:    (949) 823-6994 |

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Attorneys for Defendant
OneWest Bank, FSB

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DOYLE and KUDA MUJEYI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB, INDYMAC BANK, FSB, FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, LLC, QBE INSURANCE GROUP, ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY, and DOES 1-100,<br><br>Defendants. | Case No.  CV13-5951-SJO (JEMx)<br><br>**ORDER GRANTING MOTION TO SEVER CLAIMS OF PLAINTIFF MUJEYI AND TO TRANSFER THE SAME TO THE DISTRICT OF ARIZONA**<br><br>Judge:     Hon. S. James Otero |

[PROPOSED] ORDER GRANTING
MOTION TO SEVER/TRANSFER
CV13-5951-SJO (JEMx)

1  Pursuant to the joint stipulation by and between putative class representative
2  Kuda Mujeyi ("Mujeyi"), Defendants Assurant, Inc. and American Security
3  Insurance Company ("Assurant Defendants"), Defendant Balboa Insurance
4  Company ("Balboa"), and Defendant OneWest Bank, FSB ("OneWest") regarding
5  the Assurant Defendants' Motion to Sever Claims of Plaintiff Mujeyi and to
6  Transfer the Same to the District of Arizona,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The claims of Mr. Mujeyi are hereby severed from those of Ms. Doyle and his claims are hereby transferred to the United States District Court for the District of Arizona; and

2. Ms. Doyle is allowed until Tuesday, November 12, 2013, to prepare and file a second amended complaint before this Court, which shall separate and segregate out her claims from those of Mr. Mujeyi; and

3. Upon Ms. Doyle's second amended complaint being filed, defendants shall have until Monday, December 9, 2013, to respond to such pleading.

4. The Court deems Defendants Motion to Sever Claims [30] moot and taken of its calendar.

Dated: October __15, 2013

By: *S. James Otero*
The Honorable S. James Otero
U.S. District Court Judge