Catherine E. Anderson (Pro Hac Pending)
canderson@gslawny.com
Oren Giskan (Pro Hac Pending)
**GISKAN SOLOTAROFF**
**ANDERSON & STEWART, LLP**
11 Broadway, Suite 2150
New York, NY 10004
Tel: (212) 847-8315
Fax: (646) 520-3237

Michael C. Eyerly (SBN 178693)
eyerly@dbelegal.com
**DEBLASE BROWN EYERLY LLP**
680 S. Santa Fe Avenue
Los Angeles, California 90021
Tel: (310) 575-9955
Fax: (310) 575-9919

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, LLC, BALBOA INSURANCE COMPANY, and DOES 1-100,<br><br>Defendants. | Case No.: CV13-5951 SJO(JEM)<br><br>Assigned to the Hon. S. James Otero<br><br>**STIPULATION TO CONTINUE JANUARY 6, 2014 HEARING AND SET BRIEFING SCHEDULE** |

Plaintiff Geraldine Doyle, by and through her counsel of record, and Defendant One West Bank, FSB ("OneWest"), by and through its counsel of record, Defendant Balboa Insurance Company ("Balboa"), by and

-1-
**STIPULATION TO CONTINUE HEARING SCHEDULE**

through its counsel of record, and Defendant Financial Freedom Senior Funding Corporation LLC ("Financial Freedom"), by and through its counsel of record, hereby stipulate and agree to continue the hearing scheduled for January 6, 2014 until February 10, 2014 on the following three motions:

- The motion of Defendant OneWest Bank, FSB ("OneWest") for Judgment on the Pleadings, which was served and filed via ECF on December 2, 2013;
- The motion of Defendant Balboa Insurance Company ("Balboa") for Judgment on the Pleadings, which was served and filed via ECF on December 9, 2013; and
- Financial Freedoms' Rule 12(b)(6) motion to dismiss, which was served and filed via ECF on December 9, 2013.

The parties request and agree to the following briefing schedule: Plaintiff's time to file and serve responses to each motion is hereby extended until January 13, 2014, and Defendants shall have until January 27, 2014, to file and serve their replies.

The parties' request is based in large part upon the upcoming Christmas holiday during which Plaintiffs' counsel will be largely unavailable from December 24, 2013 through January 5, 2013.

This is the first request for a continuation of the hearing scheduled on these three motions.

Dated: December 16, 2013

        DEBLASE BROWN EYERLY LLP

        By _____
        Michael Eyerly, Esq.
        *eyerly@dbelegal.com*
        680 South Santa Fe Avenue

Los Angeles, CA 90021
Tel.: 310.575.9955
Fax: 310.575.9919

Catherine E. Anderson (Pro Hac Pending)
canderson@gslawny.com
GISKAN SOLOTAROFF ANDERSON & STEWART LLP
11 Broadway, Suite 2150
New York, NY 10004
Tel.: 212.847.8315
Fax: 646.520.3236

Counsel to Plaintiff Geraldine Doyle


O'MELVENY & MYERS LLP

By __/s/ Elizabeth L. McKeen_____
Elizabeth L. McKeen (S.B. #216690)
emckeen@omm.com
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Tel.: 949.760.9600
Fax: 949.823.6994

Attorneys for Defendant OneWest Bank, FSB


BUCKLEY SANDLER LLP

By ___/s/ Frederick S. Levin_____
Frederick S. Levin (Bar No. 187603)
flevin@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Tel.: 310.424.3984
Fax: 310.424.3960

-3-
**STIPULATION TO CONTINUE HEARING SCHEDULE**

| | |
|---|---|
| 1 | Attorneys for Defendant Balboa Insurance Company |
| 2 | |
| 3 | |
| 4 | HUGHES HUBBARD & REED LLP |
| 5 | By __/s/ Rita M. Haeusler_____ |
| 6 | Rita M. Haeusler (S.B. # 110574) haeusler@hugheshubbard.com |
| 7 | 350 South Grand Avenue, 36th Floor Los Angeles, California 90071-3442 |
| 8 | Tel.: 213.613.2800 Fax: 213.613.2950 |
| 9 | |
| 10 | Attorneys for Defendant Financial Freedom Senior Funding Corporation |
| 11 | |

-4-
**STIPULATION TO CONTINUE HEARING SCHEDULE**

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

(2:13-cv-05951-SJO-JEM)

*Geraldine Doyle et al v. OneWest Bank, FSB et al*

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action. My business address is 680 South Santa Fe Avenue, Los Angeles, CA 90021.

On December 16, 2013, I caused to be served the foregoing:

**STIPULATION TO CONTINUE JANUARY 6, 2014 HEARING AND SET BRIEFING SCHEDULE**

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE JANUARY 6, 2014 HEARING AND SET BRIEFING SCHEDULE**

By electronically serving the documents described above via the United States District Court Electronic Case Filing website (CM/ECF notification system) to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Los Angeles, California.

DATE: December 16, 2013

_____
Carrie Ardoin